WEINSTEIN & NUMBERS, LLP
Barron L. Weinstein (Bar No. 067972)
bweinstein@mwncov.com
Alexandria C. Carraher (Bar No. 299258)
acarraher@mwncov.com
115 Ward Street
Larkspur, California 94939
Telephone: 415-927-6920
Facsimile: 415-927-6929

*Attorneys for Defendants*
GymStars Gymnastics, Inc. and
All Star Gymnastics, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHLAND INSURANCE COMPANY;<br><br>Plaintiff;<br><br>v.<br><br>GYMSTARS GYMNASTICS, INC.; ALL STAR GYMNASTICS, INC.; JANE GM DOE; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No.: 2:19-cv-01015-MCE-AC<br><br>**APPLICATION FOR ORDER EXTENDING TIME FOR DEFENDANT GYMSTARS GYMNASTICS, INC. AND ALL STAR GYMNASTICS, INC. TO RESPOND TO COMPLAINT PURSUANT TO STIPULATION AND ORDER**<br><br>**[EASTERN DISTRICT LOCAL RULE 144]**<br><br>The Honorable Morrison C. England, Jr.<br><br>Action Filed: June 3, 2019 |

Plaintiff NORTHLAND INSURANCE COMPANY ("Plaintiff") and Defendants GYMSTARS GYMNASTICS, INC. and ALL STAR GYMNASTICS, INC. (collectively "Defendants"), by and through their respective counsel of record, hereby request that the court enter an order extending Defendants' time to file an answer or other responsive pleading by an additional fourteen (14) days, from October 18, 2019, to November 1, 2019, pursuant to this stipulation. Good cause exists for the request:

1. On August 21, 2019, Plaintiff filed Waivers of Service executed by Defendants. (Docket Nos. 7 and 8.)

2. Defendants' answers or other responsive pleadings were initially due September 20, 2019.

1

3. On September 18, 2019, Defendants filed a stipulation for extension of time to file Defendants' initial response extending Defendants' deadline to respond to the Compliant by twenty-eight (28) days pursuant to Eastern District Local Rule 144(a).

4. Plaintiff and Defendants agree Defendants shall have an additional 14-day extension of time to file their initial response to the Complaint from October 18, 2019, to November 1, 2019.

5. Good cause exists for the additional extension because the parties have been meeting and conferring regarding various procedural issues affecting the present case and its relationship to the underlying lawsuit titled *Jane GM Doe v. Doe 1 et al.*, El Dorado County Superior Court, Case No. PC 20180067, and other matters concerning resolution of this case.

6. This Stipulation is the second extension of time pertaining to Defendants' initial response date.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

7. Plaintiff and Defendants do not presently anticipate any additional extension of time will be needed for Defendants to file their responsive pleading beyond November 1, 2019. The parties therefore respectfully request the Court issue the attached order approving this stipulation and extending Defendants' deadline to file their responsive pleadings from October 18, 2019, to November 1, 2019.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: October 14, 2019

WEINSTEIN & NUMBERS, LLP

By: /s/ Barron L. Weinstein
Barron L. Weinstein
Alexandria C. Carraher
*Attorneys for Defendants*
GymStars Gymnastics, Inc. and
All Star Gymnastics, Inc.

DATED: October 14, 2019

GORDON, REES, SCULLY, MANSUKHANI, LLP

By: /s/ Quyen Thi Le
*as authorized on October 14, 2019*
Matthew S. Foy
Quyen Thi Le
*Attorneys for Plaintiff*
Northland Insurance Company

3
APPLICATION FOR ORDER EXTENDING TIME FOR DEFENDANT GYMSTARS GYMNASTICS, INC. AND ALL STAR GYMNASTICS, INC. TO RESPOND TO COMPLAINT PURSUANT TO STIPULATION AND ORDER
Case No.: 2:19-cv-01015-MCE-AC

# ORDER

Pursuant to the stipulation, and for good cause shown, Defendants GYMSTARS GYMNASTICS, INC. and ALL STAR GYMNASTICS, INC.'S deadline to respond to Plaintiff NORTHLAND INSURANCE COMPANY'S Complaint is extended to November 1, 2019.

IT IS SO ORDERED.

Dated: October 16, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE