WEINSTEIN & NUMBERS, LLP
Barron L. Weinstein (Bar No. 067972)
bweinstein@mwncov.com
Alexandria C. Carraher (Bar No. 299258)
acarraher@mwncov.com
115 Ward Street
Larkspur, California 94939
Telephone: 415-927-6920
Facsimile: 415-927-6929

*Attorneys for Defendants*
GymStars Gymnastics, Inc. and
All Star Gymnastics, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHLAND INSURANCE COMPANY;<br><br>Plaintiff;<br><br>v.<br><br>GYMSTARS GYMNASTICS, INC.; ALL STAR GYMNASTICS, INC.; JANE GM DOE; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No.: 2:19-cv-01015-MCE-AC<br><br>**STIPULATION AND APPLICATION FOR ORDER EXTENDING TIME FOR FRCP RULE 26(f) CONFERENCE AND TO EXCHANGE INITIAL DISCLOSURES PURSUANT TO FRCP RULE 26(a)(1) AND LOCAL RULE 144(a); ORDER**<br><br>The Honorable Morrison C. England, Jr.<br><br>Action Filed: June 3, 2019<br>Trial Date: TBD |

Pursuant to Federal Rules of Civil Procedure Rule 26(a)(1) and Eastern District Local Rule 144(a), Plaintiff NORTHLAND INSURANCE COMPANY ("Plaintiff"), Defendants GYMSTARS GYMNASTICS, INC. and ALL STAR GYMNASTICS, INC. (collectively the "Gym Defendants"), and Defendant JANE GM DOE ("Jane Doe") ("Plaintiff", the "Gym Defendants", and "Jane Doe" are collectively referred to hereinafter the "Parties"), by and through their respective counsel of record, hereby submit the following stipulation and order extending time for the Parties to conduct their FRCP Rule 26(f) conference and to exchange their initial disclosures, to the extent any such disclosures are required in this case.

1

The Parties stipulate that good cause exists to extend the deadline for the Parties to exchange their Initial Disclosures, to the extent required, based on the Gym Defendants' pending motion to stay this lawsuit (the "Motion") filed on November 1, 2019.

Pursuant to this Court's Minute Order filed November 5, 2019, the December 19, 2019 hearing on the Motion is vacated and the Motion is submitted without appearance and argument. Further, pursuant to the Minute Order, the oppositions or statements of non-opposition and the reply shall be filed in accordance with the original Motion hearing date, and if the Court determines that oral argument is needed it will be scheduled at a later date.

Lead counsel for the Gym Defendants will be on a pre-paid family vacation out of the country from December 21, 2019, until January 11, 2020.

Accordingly, the Parties stipulate to extend the deadline to conduct their FRCP Rule 26(f) conference as follows: if the Motion is denied, the parties request that the deadline be extended to January 15, 2020, or ten (10) days from the date the Court issues its ruling on the Motion, whichever is later; and if the Motion is granted, the parties request that the deadline be extended to a date to be determined at a future status conference.

The Parties further stipulate and agree to make their Initial Disclosures, to the extent required, at or within 14 days after the Parties' FRCP Rule 26(f) conference.

//
//
//
//
//
//
//
//
//
//

**STIPULATION AND APPLICATION FOR ORDER EXTENDING TIME FOR FRCP RULE 26 CONFERENCE AND TO EXCHANGE INITIAL DISCLOSURES PURSUANT TO FRCP 26 AND LOCAL RULE 144(A); ORDER**
Case No.: 2:19-cv-01015-MCE-AC

1  This Stipulation is the first extension of time of the deadline for the Parties to conduct their
2  FRCP Rule 26(f) conference and to exchange initial disclosures pursuant to FRCP Rule 26(a)(1).
3  IT IS SO STIPULATED.

Respectfully submitted,

DATED: November 26, 2019

WEINSTEIN & NUMBERS, LLP

By:  /s/ *Alexandria C. Carraher*
    Barron L. Weinstein
    Alexandria C. Carraher
*Attorneys for Defendants*
GymStars Gymnastics, Inc. and
All Star Gymnastics, Inc.

DATED: November 26, 2019

GORDON, REES, SCULLY, MANSUKHANI, LLP

By:  /s/ *Matthew S. Foy*
*as authorized on November 21, 2019*

    Matthew S. Foy
    Quyen Thi Le
*Attorneys for Plaintiff*
Northland Insurance Company

DATED: November 26, 2019

MANLY, STEWART & FINALDI

By:  /s/ *Jane E. Reilly*
*as authorized on November 25, 2019*

    Jane E. Reilly
*Attorneys for Defendant*
Jane GM Doe

WEINSTEIN & NUMBERS, LLP
115 WARD STREET
LARKSPUR, CALIFORNIA 94939

**STIPULATION AND APPLICATION FOR ORDER EXTENDING TIME FOR FRCP RULE 26 CONFERENCE AND TO EXCHANGE INITIAL DISCLOSURES PURSUANT TO FRCP 26 AND LOCAL RULE 144(A); ORDER**
Case No.: 2:19-cv-01015-MCE-AC

**ORDER**

PURSUANT TO STIPULATION and based on the existence of good cause, IT IS HEREBY ORDERED that the Parties' deadline to conduct their FRCP Rule 26(f) conference is extended as follows: if the Court denies the pending motion to stay, the deadline is extended to January 15, 2020, or ten (10) days from the date the Court issues its ruling on the motion, whichever is later; and if the Court grants the motion to stay, the deadline is extended to a date to be determined at a future status conference.

IT IS FURTHER ORDERED the Parties shall make their initial disclosure at or within fourteen (14) days after the Parties' FRCP Rule 26(f) conference.

IT IS SO ORDERED.

DATED: January 6, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

WEINSTEIN & NUMBERS, LLP
115 WARD STREET
LARKSPUR, CALIFORNIA 94939